# IN THE UNITED STATES DISTRICT COURT FOR
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER N. BONICK, | ) | |
| | ) | |
| Petitioner, | ) | NO. 3:18-cv-0274 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Pending before the Court is a Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside Or Correct Sentence (Doc. No. 1), filed by Petitioner, *pro se*. In response, the Government filed a Response to Motion for Relief Under 28 U.S.C. § 2255 (Doc. No. 10), and Petitioner filed a reply. (Doc. No. 11).

For the reasons set forth in the accompany Memorandum, the Court **DENIES** Petitioner's Motion to Vacate. Accordingly, this action is **DISMISSED**.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

Should the Petitioner give timely notice of an appeal from this Memorandum and Order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. 2253(c), which will not issue because the Petitioner has failed to make a substantial showing of the denial of a constitutional right. *Castro v. United States*, 310 F.3d 900 (6th Cir. 2002).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE